# IN THE UNITED STATES COURT OF APPELS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Viasat, Inc.,<br><br>    Appellant,<br><br>v.<br><br>Federal Communications Commission,<br><br>    Appellee. | Nos. 21-1123, 21-1125, 21-1127, 21-1128 |

## MOTION TO INTERVENE OF
## SPACE EXPLORATION HOLDINGS, LLC

Pursuant to 28 U.S.C. § 2348, 47 U.S.C. § 402(e), Federal Rule of Appellate Procedure 15(d), and Circuit Rule 15(b), Space Exploration Holdings, LLC ("SpaceX") hereby moves for leave to intervene as of right in the above-captioned consolidated appeals (and any appeal that is subsequently consolidated therewith).

In these appeals, Appellants Viasat, Inc., Dish Network Corp., and The Balance Group seek review of the Federal Communications Commission's Order and Authorization and Order on Reconsideration in *In re Space Exploration Holdings, LLC Request for Modification of the Authorization for the SpaceX NGSO Satellite System* (Apr. 27, 2021) ("Order"). The Order grants SpaceX's application for a further modification of its license for its non-geostationary orbit fixed-satellite service constellation of over 4,000 satellites using Ku- and Ka-band spectrum.

As the applicant and prevailing party before the Commission, SpaceX has a direct interest in defending the Order in this Court. Accordingly, SpaceX is entitled to intervene in this case as of right. *See* 28 U.S.C. § 2348 ("[A]ny party in interest in the proceeding before the agency whose interests will be affected if an order of the agency is or is not enjoined, set aside, or suspended, may appear as parties thereto of their own motion and as of right[.]"); 47 U.S.C. § 402(e) (providing that "any interested person may intervene and participate in the proceedings had upon said appeal," and that "[a]ny person who would be aggrieved or whose interest would be adversely affected by a reversal or modification of the order of the Commission complained of shall be considered an interested party"); *Wold Commc'ns, Inc. v. FCC*, 735 F.2d 1465, 1473 n.20 (D.C. Cir. 1984).

For the foregoing reasons, this Court should grant SpaceX leave to intervene in these appeals as of right.

Respectfully submitted,

/s/Pratik A. Shah
Pratik A. Shah
Z.W. Julius Chen
AKIN GUMP STRAUSS HAUER
 & FELD LLP
2001 K Street, NW
(202) 887-4000
pshah@akingump.com

*Counsel for Space Exploration Holdings, LLC*

June 2, 2021

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing contains 291 words and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type style, and thus complies with Federal Rule of Appellate Procedure 27(d)(1)-(2).

*/s/ Pratik A. Shah*
Pratik A. Shah

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, counsel for SpaceX hereby states that Space Exploration Holdings, LLC is a direct wholly owned subsidiary of Space Exploration Technologies Corp., a privately held Delaware corporation in which the sole shareholder who is the beneficial owner of a 10% or greater interest is Elon Musk, as trustee of a private trust.

*/s/ Pratik A. Shah*
Pratik A. Shah

.

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021, I electronically filed the foregoing with the Clerk of the Court of the U.S. Court of Appeals for the District of Columbia using the appellate CM/ECF system.

*/s/ Pratik A. Shah*
Pratik A. Shah