Nos. 21-1123, -1125

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

VIASAT, INC.,

*Appellant,*

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee,*

SPACE EXPLORATION HOLDINGS, LLC,

*Movant-Intervenor.*

On Appeal from the Federal Communications Commission
IBFS File No. SAT-MOD-20200417-00037

**APPELLANT'S STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's May 28, 2021 Order, Appellant Viasat, Inc., states that the issues on the following preliminary list may be raised before the Court regarding the Federal Communications Commission's April 27, 2021 Order granting, subject to certain conditions, the application of Movant-Intervenor Space Exploration Holdings, LLC ("SpaceX") for modification of its license for a non-geostationary orbit fixed-satellite service constellation using Ku- and Ka-band spectrum ("Order"):

1

1. Whether the Order is contrary to the National Environmental Policy Act and 47 C.F.R. § 1.1307(c) because the Federal Communications Commission failed to require an environmental assessment before approval of SpaceX's application and erroneously relied on uncertainty as a basis for refusing to require such an assessment.

2. Whether, in light of the Commission's failure to require an environmental assessment and to explain its decision adequately, the Order was arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act.

3. Whether, for similar reasons, the Order is otherwise not in accordance with law and unsupported by substantial evidence.

Dated: June 28, 2021

Respectfully submitted,

OF COUNSEL:

John P. Janka
Jarrett S. Taubman
VIASAT, INC.
901 K Street NW, Suite 400
Washington, DC 20001

Colin L. Ward
VIASAT, INC.
6155 El Camino Real
Carlsbad, CA 92009

/s/ William M. Jay
William M. Jay
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
wjay@goodwinlaw.com

David J. Zimmer
Gerard J. Cedrone
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210

(617) 570-1000
dzimmer@goodwinlaw.com
gcedrone@goodwinlaw.com

*Counsel for Viasat, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 28, 2021, I electronically filed the foregoing document with the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. I certify that the counsel of record for Appellee and Movant-Intervenor are registered as ECF Filers and that they will be served by the CM/ECF system.

<u>/s/ William M. Jay</u>
William M. Jay
