# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**AGENCY DOCKETING STATEMENT**
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 21-1128 (lead case 21-1123)   2. DATE DOCKETED: May 27, 2021
3. CASE NAME (lead parties only)   The Balance Group   v.   Federal Communications Commission
4. TYPE OF CASE: ☐ Review   ☒ Appeal   ☐ Enforcement   ☐ Complaint   ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ● No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Federal Communications Commission
   b. Give agency docket or order number(s): FCC IBFS File No. SAT-MOD-20200417-00037
   c. Give date(s) of order(s): Adopted 4/23/21, released 4/27/21
   d. Has a request for rehearing or reconsideration been filed at the agency? ● Yes ○ No
      If so, when was it filled? See attached.   By whom? _____
      Has the agency acted? ○ Yes ● No   If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attached.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ● Yes ○ No   If YES, identify case name(s), docket number(s), and court(s)
      Viasat, Inc. v. FCC, CADC Nos. 21-1123 (lead case) & 21-1126; DISH Network v. FCC (21-1127)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ● Yes ○ No   If YES, give case name(s) and number(s) of these cases and identify court/agency:
      See above listing of cases consolidated by this Court on May 28, 2021
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ● No   If YES, provide program name and participation dates.

Signature /s/ Michael F. Smith   Date June 28, 2021
Name of Counsel for Appellant/Petitioner Michael F. Smith
Address The Smith Appellate Law Firm, 1717 Pennsylvania Avenue N.W., Suite 1025 Washington, D.C. 20006
E-Mail smith@smithpllc.com   Phone ( 202 ) 454-2860   Fax ( 202 ) 747-5630

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

ATTACHMENT TO AGENCY DOCKETING STATEMENT

*The Balance Group v. FCC*, Docket No. 21-1128
Consolidated under lead docket *Viasat, Inc. v. FCC*, Docket No. 21-1123

**Answer to question 6d:**

Hughes Network Systems, L.L.C. filed a Petition for Reconsideration with the FCC on May, 27, 2021. SES Americom, Inc. and O3B, Ltd. also filed a Petition for Reconsideration on May 27, 2021. The FCC has not acted on either Petition yet.

**Answer to question 6e:**

On its own behalf and that of one or more of its members, The Balance Group has standing to challenge the FCC decision under review. That Order granted the Major Modification Application of Proposed Intervenor Space Exploration Holdings, LLC ("SpaceX") requesting to modify its Ku-Ka-band Non-Geostationary Orbiting (NGSO) license, as part of the largest known proposed satellite network constellation in world history, without requiring an Environmental Impact Statement or even an Environmental Assessment.

The Balance Group provides counsel and technical systems and solutions to individuals, non-profits, corporations, and governments. Its mission is to ensure that satellite and terrestrial broadband and other

1

radio-frequency transmission networks and technologies are proven, through peer-reviewed science, not to pose a material risk of systemic harm to human beings or the environment, both prior to being approved for deployment and also during their operational and post-operational phases. Balance Group members include and are not limited to scientists, environmental organizations, technologists, and health care workers and patients.

By way of example and without limitation, one or more members of The Balance Group is a professional astronomer and/or astrophysicist whose ability to conduct astronomical observations, and thus his livelihood, will be significantly damaged by the FCC ruling and SpaceX's resultant actions. The FCC's action in disregarding the procedural requirement to order at least an EA before approving SpaceX's Major Modification Application creates a demonstrable risk, or a demonstrable increase in an existing risk, of injury to that member's particularized interests. *Sierra Club v. FERC*, 827 F.3d 59, 65 (D.C. Cir. 2016); *Summers v. Earth Island Inst.*, 555 U.S. 488, 496-497 (2009). That harm is fairly traceable to the FCC decision, and is likely to be redressed by a favorable judicial decision.

Because one or more members of The Balance Group has standing to sue in his own right, because the interests The Balance Group seeks to protect are germane to its purpose, and neither the claim asserted nor the relief requested requires individual members to participate, The Balance Group has standing as an association. *Nat'l Lifeline Ass'n. v. F.C.C.*, 983 F.3d 498, 507-508 (D.C. Cir. 2020).

The Balance Group also has standing in its own right. Its expenditures have been and will be perceptibly impaired, independent of the cost of this litigation, and its overall task in pursuing its goals made more difficult, by SpaceX's Major Modification Application and the FCC's grant thereof without requiring an EA.

The Balance Group participated in the agency proceeding below by filing an Opposition to SpaceX's Application and five related motions (corrected May 26, 2020) and a Reply (June 15, 2020).

# PROVISIONAL CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rules 15(c)(3) and 28(a)(1), Appellant The Balance Group respectfully submits the following Provisional Certificate of Parties, Rulings, and Related Cases:

### (A) Parties and *Amici*

Appellant in this appeal (No. 21-1128) is The Balance Group. Pursuant to Fed. R. App. P. 26.1 and Circuit Rules 15(c)(3), 26.1(a) and 28(a)(1), The Balance Group states that it has no parent company and that no publicly held company has a 10 percent or greater ownership interest (such as stock or partnership shares) in The Balance Group. No member has issued shares or debt securities to the public.

Insofar as it is relevant to this litigation, The Balance Group provides counsel and technical systems and solutions to individuals, non-profits, corporations, and governments. Its mission is to ensure that satellite and terrestrial broadband and other radio-frequency transmission networks and technologies are proven, through peer-reviewed science, not to pose a material risk of systemic harm to human beings or the environment both prior to being approved for deployment and also during their operational and post-operational phases.

This appeal has been consolidated with others seeking review of the same agency order. The complete list of appellants in the consolidated cases is:

>Viasat, Inc., Nos. 21-1123 and 21-1126
>DISH Network, Inc. No. 21-1127

Appellees in these consolidated cases are the Federal Communications Commission and the United States of America.

One entity has moved to intervene in support of Appellees in these consolidated cases, Space Exploration Holdings, LLC.

There currently are no *amici curiae*.

### (B) Ruling under review

The ruling under review is the Order and Authorization and Order on Reconsideration (rel. April 27, 2021) of the FCC in *In the Matter of Space Exploration Holdings, LLC, Request for Modification of the Authorization for the SpaceX NGSO Satellite System,* IBFS File No. *SAT-MOD-20200417-00037*.

### (C) Related cases

This case has not previously been before this Court or any other court.

The Balance Group is aware of the following related cases, also seeking review of the same Order, that are pending in this Court and that all have been consolidated along with the instant case:

*Viasat, Inc. v. FCC*, No. 21-1123 (lead case)
*Viasat, Inc. v. FCC*, No. 21-1126
*DISH Network, Inc. v. FCC*, No. 21-1127

                Respectfully submitted,

                THE SMITH APPELLATE LAW FIRM
                By: /s/ Michael F. Smith
                Michael F. Smith
                1717 Pennsylvania Ave. N.W.
                Suite 1025
                Washington, D.C.  20006
                (202) 454-2860
                smith@smithpllc.com

                and

                STEPHEN L. GOODMAN, PLLC
                By: /s/ Stephen L. Goodman
                Stephen L. Goodman
                532 North Pitt Street
                Alexandria, VA  22314
                (202) 607-6756
                stephenlgoodman@aol.com

Dated: June 28, 2021        **Counsel for Appellant The Balance Group**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2021, I filed the foregoing Docketing Statement (including this Attachment and this Certificate of Service) with the Clerk of the Court via the Court's ECF System, which electronically served them upon counsel of record for Viasat, Inc., appellant in No. 21-1123 and 21-1125; DISH Network Corporation, appellant in No. 21-1125; Federal Communications Commission, appellee in all the consolidated cases; and Space Exploration Holdings, LLC, movant-intervenor in all the consolidated cases.

                                   /s/ Michael F. Smith
                                   Michael F. Smith