IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DISH NETWORK CORPORATION,<br>    *Appellant*,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br>    *Appellee*,<br><br>SPACE EXPLORATION HOLDINGS, LLC,<br>    *Movant-Intervenor*. | Case No. 21-1127 (consolidated with Case Nos. 21-1123, 21-1125, and 21-1128) |

## STATEMENT OF ISSUES TO BE RAISED

DISH Network Corporation ("DISH"), pursuant to the Court's Order dated May 28, 2021, hereby submits its Statement of Issues to be Raised.

In this Appeal, DISH, has sought judicial review of the final order of the Federal Communications Commission ("FCC" or "the Commission") captioned In the Matter of Space Exploration Holdings, LLC; Request for Modification of the Authorization for the SpaceX NGSO Satellite System, *Order and Authorization and Order on Reconsideration*, IBFS File No. SAT-MOD- 20200417-00037, Call Signs S2983 and S3018, FCC 21-48 (rel. April 27, 2021) (the "Order").

The Order authorized Space Exploration Holdings, LLC ("SpaceX") to modify its system of more than 4,400 non-geostationary satellites (the "Starlink"

system), and allowed the modified system to use the 12.2-12.7 GHz ("12 GHz") frequency band for its space-to-Earth operations. *See* Order ¶ 97(e). In granting this authorization, the Commission completely ignored unrebutted expert studies submitted by DISH that the Starlink system as modified would significantly exceed the applicable power limits adopted by the Commission for the 12 GHz band, and thus would cause unacceptable interference with DISH's Direct Broadcast Satellite ("DBS") service. DISH is one of two DBS providers in the country, together serving over 22 million American families by using the 12 GHz band.

The issues that DISH intends to raise before the Court in this case are:

1. The Order exceeds the Commission's statutory authority and contravenes the Communications Act, 47 U.S.C. § 151 *et. seq.*; the Order leaves millions of families receiving DBS service vulnerable to interference because it does not comply with the agency's statutory directive to determine power limits for FCC spectrum licensees and protect users of electromagnetic spectrum, *see* 47 U.S.C. § 303(c), (f).

2. The Order contravenes the Administrative Procedure Act, 5 U.S.C. § 551 *et. seq.*; the Order is arbitrary, capricious, and unreasoned, as it refuses to consider a material aspect of the problem, the unacceptable interference with DBS service, and thus constitutes an abuse of the agency's discretion.

3. The Order violates the Commission's own rules; the Order does not require that SpaceX procure a favorable or qualified favorable ITU finding "prior to the initiation of service," as required by 47 C.F.R. § 25.146.

4. The Order contravenes the Constitution; the Order delegates to SpaceX a part of the Commission's own statutory responsibility to ensure that SpaceX's own operations do not cause unacceptable interference, and contracts out another part of that responsibility to the International Telecommunications Union, without any substantive oversight by the Commission, all in violation of the Constitution's Article I and the nondelegation doctrine.

> Respectfully submitted,
>
> ＿＿/s/ *Pantelis Michalopoulos*＿＿
> Pantelis Michalopoulos
> Andrew M. Golodny
> Cara A. Lawson
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Ave, NW
> Washington, DC  20036
> Tel:  202-429-6494
> Fax: 202-429-3902
>
> *Counsel for DISH Network Corporation*

June 28, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021 I electronically filed the foregoing document with the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. I certify that the counsel of record for Appellee and Movant-Intervenor are registered as ECF Filers and that they will be served by the CM/ECF system.

                                             /s/ *Pantelis Michalopoulos*
                                         Pantelis Michalopoulos
                                         STEPTOE & JOHNSON LLP
                                         1330 Connecticut Ave, NW
                                         Washington, DC
                                         (202) 429-6494