# No. 21-1123
## (and consolidated cases)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

VIASAT, INC.,

*Appellant*,

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee*,

SPACE EXPLORATION HOLDINGS, LLC,

*Intervenor*.

On Appeal from an Order of
the Federal Communications Commission

## CERTIFIED INDEX OF ITEMS IN THE RECORD

The Federal Communications Commission herewith files a certified list of items constituting the record of Commission proceedings in the above captioned case. The filing consists of (1) a list of items constituting the record and (2) certificate of the Commission's Secretary.

July 7, 2021                                 Respectfully submitted,

*/s/ Rachel Proctor May*

Rachel Proctor May
    *Counsel*

FEDERAL COMMUNICATIONS
COMMISSION
WASHINGTON, D.C. 20554
(202) 418-1740

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 4/27/2021 | Federal Communications Commission | ORDER AND AUTHORIZATION AND ORDER ON RECONSIDERATION |
| 4/26/2021 | Carey Halnier and Harold Kaveolook School Students | LETTER |
| 4/26/2021 | Viasat, Inc. | EX PARTE LETTER |
| 4/23/2021 | DISH Network Corp. | LETTER |
| 4/23/2021 | DISH Network Corp. | LETTER |
| 4/23/2021 | RS Access, LLC | EX PARTE LETTER |
| 4/23/2021 | SES Americom, Inc. & O3B Limited | EX PARTE LETTER |
| 4/22/2021 | DISH Network Corp. | EX PARTE LETTER |
| 4/22/2021 | Viasat, Inc. | EX PARTE LETTER |
| 4/21/2021 | Hughes Network Systems, LLC | EX PARTE LETTER |
| 4/21/2021 | Hughes Network Systems, LLC | EX PARTE LETTER |
| 4/21/2021 | SES Americom, Inc. & O3B Limited | LETTER |
| 4/21/2021 | University of Edinburgh | LETTER |
| 4/21/2021 | Viasat, Inc. | EX PARTE LETTER |
| 4/21/2021 | Viasat, Inc. | LETTER |
| 4/21/2021 | WorldVu Satellites Ltd. (OneWeb) | LETTER |
| 4/20/2021 | Hughes Network Systems, LLC | EX PARTE LETTER |
| 4/20/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 4/19/2021 | DISH Network Corp. | LETTER |
| 4/19/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 4/19/2021 | Viasat, Inc. | LETTER |
| 4/16/2021 | Kepler Communications Inc. | LETTER |
| 4/16/2021 | Viasat, Inc. | EX PARTE LETTER |
| 4/15/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 4/15/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 4/14/2021 | DISH Network Corp. | EX PARTE LETTER |
| 4/14/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 4/14/2021 | Viasat, Inc. | EX PARTE LETTER |

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 4/14/2021 | WorldVu Satellites Ltd. (OneWeb) | EX PARTE LETTER |
| 4/13/2021 | Viasat, Inc. | EX PARTE LETTER |
| 4/12/2021 | Hughes Network Systems, LLC | LETTER |
| 4/12/2021 | Viasat, Inc. | LETTER |
| 4/12/2021 | Viasat, Inc. | LETTER |
| 4/12/2021 | Viasat, Inc. | LETTER |
| 4/12/2021 | Viasat, Inc. | LETTER |
| 4/12/2021 | Viasat, Inc. | LETTER |
| 4/12/2021 | WorldVu Satellites Ltd. (OneWeb) | EX PARTE LETTER |
| 4/9/2021 | RS Access, LLC | EX PARTE LETTER |
| 4/7/2021 | Kuiper Systems LLC | LETTER |
| 4/6/2021 | DISH Network Corp. | LETTER |
| 4/6/2021 | SES Americom, Inc. & O3B Limited | EX PARTE LETTER |
| 4/5/2021 | Hughes Network Systems, LLC | LETTER |
| 4/5/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 4/5/2021 | Viasat, Inc. | LETTER |
| 4/2/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 4/1/2021 | WorldVu Satellites Ltd. (OneWeb) | EX PARTE LETTER |
| 3/31/2021 | Kuiper Systems LLC | LETTER |
| 3/30/2021 | SES Americom, Inc. & O3B Limited | EX PARTE LETTER |
| 3/29/2021 | WorldVu Satellites Ltd. (OneWeb) | EX PARTE LETTER |
| 3/26/2021 | Viasat, Inc. | LETTER |
| 3/25/2021 | DISH Network Corp. | LETTER |
| 3/25/2021 | DISH Network Corp. | REQUEST FOR CONFIDENTIAL TREATMENT |
| 3/24/2021 | DISH Network Corp. | RESPONSE |
| 3/23/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 3/23/2021 | SES Americom, Inc. & O3B Limited | EX PARTE LETTER |
| 3/23/2021 | Viasat, Inc. | EX PARTE LETTER |
| 3/22/2021 | DISH Network Corp. | EX PARTE LETTER |
| 3/22/2021 | SES Americom, Inc. & O3B Limited | LETTER |

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 3/19/2021 | Akiak Native Community | LETTER |
| 3/18/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 3/17/2021 | DISH Network Corp. | RESPONSE |
| 3/16/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 3/16/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 3/16/2021 | Viasat, Inc. | LETTER |
| 3/15/2021 | RS Access, LLC | EX PARTE LETTER |
| 3/15/2021 | WorldVu Satellites Ltd. (OneWeb) | LETTER |
| 3/11/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 3/11/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 3/10/2021 | WorldVu Satellites Ltd. (OneWeb) | EX PARTE LETTER |
| 3/9/2021 | DISH Network Corp. | EX PARTE LETTER |
| 3/9/2021 | Space Exploration Holdings, LLC | LETTER |
| 3/9/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 3/8/2021 | DISH Network Corp. | RESPONSE |
| 3/8/2021 | DISH Network Corp. | EX PARTE LETTER |
| 3/8/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 3/6/2021 | Vernon Samson | LETTER |
| 3/5/2021 | Hughes Network Systems, LLC | EX PARTE LETTER |
| 3/5/2021 | Viasat, Inc. | REPLY |
| 3/4/2021 | DISH Network Corp. | RESPONSE |
| 3/4/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 3/2/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 3/1/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 2/26/2021 | RS Access, LLC | EX PARTE LETTER |
| 2/26/2021 | SES Americom, Inc. & O3B Limited | EX PARTE LETTER |
| 2/25/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 2/25/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 2/25/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 2/25/2021 | WorldVu Satellites Ltd. (OneWeb) | EX PARTE LETTER |

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 2/24/2021 | DISH Network Corp. | EX PARTE LETTER |
| 2/24/2021 | Kodiak Archipelago Leadership Institute | LETTER |
| 2/23/2021 | DISH Network Corp. | REQUEST FOR CONFIDENTIAL TREATMENT |
| 2/23/2021 | Space Exploration Holdings, LLC | OPPOSITION TO PETITION FOR RECONSIDERATION |
| 2/22/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 2/22/2021 | Space Exploration Holdings, LLC | RESPONSE |
| 2/22/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 2/22/2021 | Viasat, Inc. | LETTER |
| 2/19/2021 | Jacob Calderwood | LETTER |
| 2/19/2021 | RS Access, LLC | EX PARTE LETTER |
| 2/18/2021 | Viasat, Inc. | RESPONSE |
| 2/17/2021 | WorldVu Satellites Ltd. (OneWeb) | EX PARTE LETTER |
| 2/15/2021 | DISH Network Corp. | EX PARTE LETTER |
| 2/15/2021 | DISH Network Corp. | REQUEST FOR CONFIDENTIAL TREATMENT |
| 2/15/2021 | DISH Network LLC | LETTER |
| 2/12/2021 | Viasat, Inc. | EX PARTE LETTER |
| 2/11/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 2/10/2021 | DISH Network Corp. | EX PARTE LETTER |
| 2/10/2021 | WorldVu Satellites Ltd. (OneWeb) | EX PARTE LETTER |
| 2/8/2021 | RS Access, LLC | EX PARTE LETTER |
| 2/8/2021 | Viasat, Inc. | PETITION FOR RECONSIDERATION |
| 2/8/2021 | Viasat, Inc. | EX PARTE LETTER |
| 2/5/2021 | Hughes Network Systems, LLC | LETTER |
| 2/5/2021 | Hughes Network Systems, LLC | REQUEST FOR CONFIDENTIAL TREATMENT |
| 2/4/2021 | Kuiper Systems LLC | LETTER |
| 2/4/2021 | Kuiper Systems LLC | EX PARTE LETTER |
| 2/4/2021 | Space Exploration Holdings, LLC | RESPONSE |

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 2/1/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 1/29/2021 | SES Americom, Inc. & O3B Limited | LETTER |
| 1/27/2021 | Jonah Koonce | LETTER |
| 1/26/2021 | Alaska Technologies | LETTER |
| 1/26/2021 | Joel M. Thomas | LETTER |
| 1/22/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 1/19/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 1/19/2021 | Viasat, Inc. | REPLY |
| 1/15/2021 | Viasat, Inc. | LETTER |
| 1/11/2021 | DISH Network Corp. | EX PARTE LETTER |
| 1/8/2021 | International Bureau | ORDER & AUTHORIZATION |
| 1/7/2021 | American Astronomical Society | REPLY |
| 1/7/2021 | Viasat, Inc. | EX PARTE LETTER |
| 1/6/2021 | Space Exploration Holdings, LLC | OPPOSITION TO PETITION |
| 1/5/2021 | DISH Network Corp. | EX PARTE LETTER |
| 1/5/2021 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 12/31/2020 | DISH Network Corp. | EX PARTE LETTER |
| 12/30/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 12/28/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 12/23/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 12/21/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 12/21/2020 | Viasat, Inc. | EX PARTE LETTER |
| 12/19/2020 | Viasat, Inc. | PETITION TO DENY |
| 12/15/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 12/9/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 12/9/2020 | Telesat Canada | EX PARTE LETTER |
| 12/8/2020 | Viasat, Inc. | EX PARTE LETTER |
| 12/7/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 12/5/2020 | Jacob Calderwood | LETTER |
| 12/4/2020 | Kepler Communications Inc. | LETTER |

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 12/4/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 12/3/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 12/2/2020 | Viasat, Inc. | EX PARTE LETTER |
| 11/25/2020 | Pacific Dataport Inc. | LETTER |
| 11/24/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 11/23/2020 | SES Americom, Inc. & O3B Limited | EX PARTE LETTER |
| 11/23/2020 | SES Americom, Inc. & O3B Limited | EX PARTE LETTER |
| 11/20/2020 | Kuiper Systems LLC | LETTER |
| 11/19/2020 | Viasat, Inc. | EX PARTE LETTER |
| 11/17/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 11/17/2020 | Space Exploration Holdings, LLC | LETTER |
| 11/13/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 11/6/2020 | Kuiper Systems LLC | RESPONSE |
| 10/29/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 10/29/2020 | Viasat, Inc. | EX PARTE LETTER |
| 10/21/2020 | SES Americom, Inc. & O3B Limited | LETTER |
| 10/20/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 10/19/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 10/19/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 10/15/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 10/15/2020 | Space Exploration Holdings, LLC | LETTER |
| 10/13/2020 | SES Americom, Inc. | EX PARTE LETTER |
| 10/9/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 10/9/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 10/6/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 10/5/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 10/5/2020 | Viasat, Inc. | RESPONSE |
| 10/1/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 9/30/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 9/29/2020 | Space Exploration Holdings, LLC | RESPONSE |

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 9/25/2020 | DISH Network LLC | LETTER |
| 9/25/2020 | Viasat, Inc. | RESPONSE |
| 9/24/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 9/24/2020 | Viasat, Inc. | EX PARTE LETTER |
| 9/23/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 9/23/2020 | Viasat, Inc. | EX PARTE LETTER |
| 9/21/2020 | Center for Astrophysics - Harvard and Smithsonian | LETTER |
| 9/21/2020 | Hughes Network Systems, LLC | EX PARTE LETTER |
| 9/18/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 9/17/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 9/17/2020 | Viasat, Inc. | LETTER |
| 9/14/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 9/10/2020 | SES Americom, Inc. & O3B Limited | EX PARTE LETTER |
| 9/3/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 9/3/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 9/2/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 8/18/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 8/14/2020 | MVDDS Licensees | LETTER |
| 8/7/2020 | AT&T Services, Inc. | REPLY |
| 8/7/2020 | Kepler Communications Inc. | REPLY |
| 8/7/2020 | Kuiper Systems LLC | REPLY |
| 8/7/2020 | SES Americom, Inc. and O3B Limited | REPLY |
| 8/7/2020 | Viasat, Inc. | REPLY |
| 8/7/2020 | WorldVu Satellites Ltd. (OneWeb) | REPLY |
| 8/6/2020 | Astroscale U.S. Inc. | REPLY |
| 8/6/2020 | DISH Network Corp. | RESPONSE |
| 7/31/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 7/29/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 7/27/2020 | Space Exploration Holdings, LLC | OPPOSITION TO PETITIONS AND RESPONSE |

7

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 7/20/2020 | Viasat, Inc. | RESPONSE |
| 7/14/2020 | DISH Network Corp. | RESPONSE |
| 7/13/2020 | AT&T Services, Inc. | COMMENTS |
| 7/13/2020 | Computer & communications Industry Association & INCOMPAS | LETTER |
| 7/13/2020 | Kepler Communications Inc. | PETITION TO DENY |
| 7/13/2020 | Kuiper Systems LLC | PETITION TO DENY AND COMMENTS |
| 7/13/2020 | SES Americom, Inc. & O3B Limited | PETITION TO DENY OR DEFER |
| 7/13/2020 | Space Exploration Holdings, LLC & Telesat Canada | JOINT STATEMENT |
| 7/13/2020 | Spire Global, Inc. | COMMENTS |
| 7/13/2020 | Viasat, Inc. | PETITION TO DENY |
| 7/13/2020 | WorldVu Satellites Ltd. (OneWeb) | COMMENTS |
| 7/10/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 7/7/2020 | Space Exploration Holdings, LLC | SUPPLEMENT |
| 7/2/2020 | Viasat, Inc. | RESPONSE |
| 6/30/2020 | Astroscale U.S. Inc. | LETTER |
| 6/29/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 6/24/2020 | Viasat, Inc. | RESPONSE |
| 6/18/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 6/16/2020 | DISH Network Corp. | LETTER |
| 6/16/2020 | The Balance Group | REPLY |
| 6/12/2020 | International Bureau | PUBLIC NOTICE |
| 6/11/2020 | RS Access, LLC | LETTER |
| 6/8/2020 | Space Exploration Holdings, LLC | REPLY |
| 6/8/2020 | Viasat, Inc. | LETTER |
| 6/4/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 6/3/2020 | International Bureau | LETTER REQUEST |
| 6/3/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 6/1/2020 | Kuiper Systems LLC | EX PARTE LETTER |

# In the Matter of
# Space Exploration Holdings, LLC
# Request for Modifications of the Authorization
# for the SpaceX NGSO Satellite System

IBFS File No. SAT-MOD-20200417-00037

| Date | Filer | Filing Type |
|---|---|---|
| 5/27/2020 | The Balance Group | CORRECTED OPPOSITION |
| 5/27/2020 | The Balance Group | ERRATA |
| 5/26/2020 | The Balance Group | OPPOSITION |
| 5/22/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 5/15/2020 | Space Exploration Holdings, LLC | RESPONSE |
| 5/6/2020 | International Bureau | LETTER REQUEST |
| 5/6/2020 | Space Exploration Holdings, LLC | EX PARTE LETTER |
| 5/1/2020 | International Bureau | PUBLIC NOTICE |
| 5/1/2020 | Kuiper Systems LLC | EX PARTE LETTER |
| 4/24/2020 | International Bureau | PUBLIC NOTICE |
| 4/20/2020 | Space Exploration Holdings, LLC | LETTER |
| 4/20/2020 | Viasat, Inc. | NOTICE OF APPEARANCE |
| 4/17/2020 | Space Exploration Holdings, LLC | APPLICATION FOR MODIFICATION AND ATTACHMENTS |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

VIASAT, INC.,

*Appellant*,

v.

FEDERAL COMMUNICATIONS COMMISSION,

*Appellee*,

SPACE EXPLORATION HOLDINGS, LLC,

*Intervenor*.

## CERTIFICATE OF MARLENE H. DORTCH, SECRETARY FEDERAL COMMUNICATIONS COMMISSION

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above-captioned case.

Witness my hand and Seal of the Federal Communications Commission this 7th day of July 2021.

FEDERAL COMMUNICATIONS COMMISSION

Marlene H. Dortch
   *Secretary*