# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-1123**            **September Term, 2022**

**FCC-21-48**

**Filed On:** October 21, 2022

Viasat, Inc.,

       Appellant

   v.

Federal Communications Commission,

       Appellee

------------------------------

Space Exploration Holdings, LLC,
           Intervenor

------------------------------

Consolidated with 21-1125, 21-1127, 21-1128

       **BEFORE:**     Wilkins, Katsas, and Walker, Circuit Judges

## O R D E R

    Upon consideration of appellant DISH Network Corporation's petition for panel rehearing, in member case No. 21-1127, filed on October 11, 2022, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                  BY:     /s/
                               Daniel J. Reidy
                               Deputy Clerk