# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-1123**  **September Term, 2021**
FILED ON: AUGUST 26, 2022

VIASAT, INC.,
        APPELLANT

v.

FEDERAL COMMUNICATIONS COMMISSION,
        APPELLEE

SPACE EXPLORATION HOLDINGS, LLC,
        INTERVENOR

---

Consolidated with 21-1125, 21-1127, 21-1128

On Notices of Appeal and Petition for Review of an
Order of the Federal Communications Commission

Before: WILKINS, KATSAS, and WALKER, *Circuit Judges*

## **J U D G M E N T**

These causes came on to be heard on the records on appeal and petition for review of an order of the Federal Communications Commission and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the FCC's Second Modification Order be affirmed; The Balance Group's appeal in No. 21-1128 be dismissed; and Viasat's petition for review in No. 21-1125 be dismissed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/

        Daniel J. Reidy
        Deputy Clerk

Date: August 26, 2022

Opinion for the court filed by Circuit Judge Katsas.